159 A.3d 933

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jacob A. MORRONI, Petitioner**

**No. 467 MAL 2016**

Supreme Court of Pennsylvania.

October 18, 2016

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.